O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., <br><br> Plaintiffs, <br> v. <br><br> BOSS MEDIA AB; GTECH CORPORATION; GTECH HOLDINGS CORPORATION; LOTTOMATICA GROUP S.P.A.; SPIELO INTERNATIONAL CANADA ULC; SPIELO INTERNATIONAL UK LTD.; SPIELO INTERNATIONAL USA LLC; and DOES 1–10, <br><br> Defendants. | Case No. 2:13-cv-796-ODW(MRWx) <br><br> **ORDER REQUESTING JOINT JURISDICTIONAL DISCOVERY PLAN** |

The Court has received Plaintiff SHFL Entertainment's evidentiary objections to the declarations Defendants GTech Holdings, Lottomatica, Spielo Canada, and Spielo USA submitted in support of their reply. (ECF No. 30.) Upon review of these objections, the Court finds it more appropriate to permit limited jurisdictional discovery rather than strike the offending declarations. *See Laub v. U.S. Dept. of Interior*, 342 F.3d 1080, 1093 (9th Cir. 2003).

Plaintiffs will be granted leave to undertake discovery limited solely to whether this Court has personal jurisdiction over Defendants GTech Holdings Corporation, Lottomatica Group S.P.A., Spielo International Canada ULC, and Spielo International

USA LLC. But first, the parties are **ORDERED** to meet and confer in person forthwith to prepare a joint jurisdictional discovery plan, which is due no later than June 14, 2013. The Court will issue a limited discovery order on the basis of the parties' joint report. The report shall propose the necessary length of jurisdictional discovery and an appropriate number of interrogatories, document demands, and depositions. Where the parties disagree, they must succinctly set forth their respective positions. The parties are advised, however, to work out their disputes amicably; the Court will address perceived overreaching and unreasonable resistance appropriately.

Following the close of jurisdictional discovery, the parties will have two weeks to file supplemental briefs to Defendants' motion to dismiss for lack of personal jurisdiction. The Court will defer ruling on both pending motions to dismiss (ECF Nos. 15, 16) pending receipt of the parties' supplemental briefs.

**IT IS SO ORDERED.**

June 5, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**