**O**

1

2

3

4

5

6

7

8       **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SHFL ENTERTAINMENT, INC.,            Case No. 2:13-cv-796-ODW(MRWx)

12                  Plaintiffs,           **ORDER DENYING MOTIONS TO**
            v.                            **DISMISS AS MOOT [15, 16]**
13
    BOSS MEDIA AB; GTECH
14  CORPORATION; GTECH HOLDINGS
    CORPORATION; LOTTOMATICA
15  GROUP S.P.A.; SPIELO
    INTERNATIONAL CANADA ULC;
16  SPIELO INTERNATIONAL UK LTD.;
    SPIELO INTERNATIONAL USA LLC;
17  and DOES 1–10,

18                  Defendants.

19

20        On July 1, 2013, in granting the parties' stipulation, the Court ordered

21  Defendants to withdraw their pending motions to dismiss and ordered Plaintiff SHFL

22  to file a First Amended Complaint ("FAC") no later than July 22.  (ECF No. 37.)

23  While SHFL substantially complied with the Court's Order by filing (albeit

24  improperly) its FAC on July 22, Defendants wholly failed to withdraw their motions

25  to dismiss.  Nevertheless, SHFL's FAC (which was properly filed on July 24) moots

26  / / /

27  / / /

28  / / /

those motions.  Defendants pending motions to dismiss are therefore **DENIED AS MOOT**.  (ECF Nos. 15, 16.)

This is not the first time a party in this action has failed to comply with a Court order.  The parties are warned that any future failures will result in sanctions.

**IT IS SO ORDERED.**

July 24, 2013

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**